■ In the Matter of MICHAEL KIRSHTEIN, Petitioner, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION et al., Respondents. [37 NYS3d 718]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Superintendent of Eastern Correctional Facility finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding to challenge a determination finding him guilty of violating certain prison disciplinary rules following a tier II hearing. The Attorney General has advised this Court that the determination at issue has since been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to petitioner's inmate account. In view of this, and given that petitioner has received all of the relief to which he is entitled, the petition must be dismissed as moot (*see Matter of Thompson v Annucci*, 140 AD3d 1521, 1521 [2016]; *Matter of Ballard v Racette*, 140 AD3d 1428, 1428 [2016]).

Egan Jr., J.P., Lynch, Rose, Clark and Mulvey, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.